IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :   CRIMINAL NO.  20- |
| WILLIAM T. MCCANDLESS | : |

ORDER FOR BENCH WARRANT

AND NOW, this 25th day of November, 2020, on motion of William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

/s/ HONORABLE CAROL S. WELLS
HONORABLE CAROL S. WELLS
United States Magistrate Judge

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.  20- |
| WILLIAM T. MCCANDLESS | : | |

MOTION FOR BENCH WARRANT

AND NOW, this 25th day of November, 2020, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Sherri A. Stephan, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

WILLIAM M. MCSWAIN
United States Attorney


 /s/ Sherri A. Stephan
Sherri A. Stephan
Assistant United States Attorney